**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MAURER RIDES USA, INC.; MAURER SOHNE, GMBH & CO. KG; MAURER RIDES, GMBH; ZAMPERLA, INC.; and ZAMPERLA, SPA,

      Plaintiffs,

v.

Case No. 6:10-cv-1718-Orl-37KRS

BEIJING SHIBAOLAI AMUSEMENT EQUIPMENT CO., LTD.; GOLDEN HORSE AMUSEMENT EQUIPMENT CO., LTD.; BEIJING TONGJUNWEIDA PLAY EQUIPMENT CO. LTD.; BEIJING JIUHUA AMUSEMENT RIDES MANUFACTURING CO., LTD.; and BEIJING ZHONGLI WEIYE AMUSEMENT EQUIPMENT CO., LTD.,

      Defendants.

**ORDER**

This cause is before the Court on the following:

1. Zamperla Plaintiffs' Amended Renewed Motion for Damages (Doc. 194), filed December 15, 2014; and

2. U.S. Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 196), filed March 30, 2015.

On July 23, 2015, the Court set aside the default judgments (Docs. 76, 78) that were previously entered against Golden Horse Amusement Ride Equipment Co. Ltd and Beijing Jiuhua Amusement Rides Manufacturing Co., Ltd. ("Defendants"), but only to the extent that those judgments awarded damages to Zamperla, Inc. and Zamperla, SpA ("Plaintiffs"). (Doc. 174, p. 16.) However, the Court permitted Plaintiffs to "move for a new

damages award" if they could produce newly discovered evidence justifying the issuance of monetary relief. (*Id.* at 15.)

On December 15, 2014, Plaintiffs filed their motion for a new damages award based on evidence of extraterritorial sales of the infringing amusement-park rides at issue in this action. (*See* Doc. 194.) In a footnote, Plaintiffs also requested an award of attorney's fees. (*Id.* at 2 n.1.) Defendants opposed. (Doc. 195.)

In a well-reasoned Report & Recommendation ("R&R"), U.S. Magistrate Judge Karla R. Spaulding recommends denying Plaintiffs' motion to the extent that it seeks damages from extraterritorial sales. (Doc. 196, p. 23.) The parties do not object to that recommendation. (*See* Docs. 197, 198.)

Initially, Magistrate Judge Spaulding also recommended that the Court grant Plaintiffs' motion to the extent that it sought attorney's fees. (Doc. 196, p. 23.) Defendants objected to that portion of the R&R. (Doc. 197.) In response, Magistrate Judge Spaulding withdrew that portion of her R&R and recommended instead that the Court deny Plaintiffs' motion for attorney's fees without prejudice and permit Plaintiffs to renew their request for fees in a more fully briefed motion. (*See* Doc. 199.) After Magistrate Judge Spaulding's withdrawal of the attorney's fees portion of her R&R, no viable objections remain.

Having considered the parties' briefings and the R&R (Docs. 194–99), and in the absence of any remaining objections, the Court finds that the amended R&R is due to be adopted and confirmed. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(B); Local Rule 6.02.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Karla R. Spaulding's R&R (Doc. 196), as amended

       (Doc. 199), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

       a.    Zamperla Plaintiffs' Amended Renewed Motion for Damages (Doc. 194) is **DENIED WITHOUT PREJUDICE** as to Plaintiffs' request for attorney's fees.

       b.    In all other respects, the motion (*id.*) is **DENIED WITH PREJUDICE**.

2.    On or before **July 17, 2015**, Plaintiffs may file a renewed motion for attorney's fees. Failure to timely do so will result in the Court entering judgment without further notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 1, 2015.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record